IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CB3001 |
| vs. | VIOLATION F4874121 |
| FRANK J. REMAR, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to continue his initial appearance, (Filing No. 2), is granted.

2) The defendant is ordered to appear at 8:30 a.m. on March 1, 2018 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) The defendant and counsel for the government shall attend the hearing.

4) The Clerk is directed to mail a copy of this order to the defendant.

January 8, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge